## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| HERMAN BOBADILLA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 08-22108 CIV-JORDAN |
| | ) | |
| v. | ) | |
| | ) | |
| STANDARD PARKING CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

THIS CAUSE came before the Court for consideration on the Motion to Appear *Pro Hac Vice* of Marc R. Jacobs, Esq. and Pamela Quigley Devata, Esq., and the Court having considered the agreement of the parties, and having been otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Motion to Appear *Pro Hac Vice* is granted.  Marc R. Jacobs, Esq. and Pamela Quigley Devata, Esq. are hereby admitted to appear as counsel for the Defendant, *Pro Hac Vice*, for all purposes in the above-styled action.

DONE AND ORDERED in Chambers this 15th day of August, 2008.

_____
DISTRICT CIRCUIT COURT JUDGE

Copies to:
Jason Klein, Esq.
Zandro E. Palma, P.A.